# UNITED STATES DISTRICT COURT

District of _Massachusetts_

AMCO PRODUCE, INC.
     Plaintiff
V.                                             SUMMONS IN A CIVIL CASE

LARRY V. LEE d/b/a
ASSOCIATED FRUIT TRADERS

CASE NUMBER: 05 10151 NMG

TO: (Name and address of Defendant)   Larry V. Lee d/b/a
                                       ASSOCIATED FRUIT TRADERS
                                       44 Saint Paul Street, Apt. 2
                                       Brookline, MA 02446

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Bonnell, Esq.
PBPC
50 Congress St., Suite 840
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   January 26, 2005
CLERK                                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me

DATE: FEB. 8, 2005

NAME OF SERVER (PRINT): FRED W. MACDONALD

TITLE: CONSTABLE

F.W.M.

Check one box below to indicate appropriate method of service

☐ Served personally upon the ~~third-party~~ defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JANE DOE FEMALE RESIDW

☐ Returned unexecuted: _____

☐ Other (specify): OCCUPANT REFUSED TO REVEAL HER ACTUAL NAME UNKNOWN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| E. TRIP | | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1 1 B. 8, 2005    Fred W. MacDonald
            Date                Signature of Server

P.O. Box 181 Rossindale, MA 02131
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.