UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV10151-NMG

| | |
|---|---|
| In re: ) | |
| Amco Produce Inc. ) | |
| Plaintiff ) | Suggestion of Bankruptcy |
| v. ) | |
| Larry V. Lee d/b/a Associated ) | |
| Fruit Traders ) | |
| Defendant ) | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please be advised that Larry V. Lee the defendant in the above captioned matter, has filed a Chapter 7 petition in the United States Bankruptcy Court for the District of Massachusetts. The case is presently pending as docket number 05-15137-JNF. The case was filed on June 6, 2005.

The filing of said petition automatically stays the within litigation.

Larry V. Lee
By his Counsel,

Dated: 6\9\05

Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston MA  02110
(617)330-1960
(BBO107600)

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Suggestion of Bankruptcy has been served, via regular United States mail, postage prepaid, upon Paula Bonnell, Atty., Counsel to the Plaintiff, 50 Congress Street, Suite 840, Boston MA 02109.

Dated: 6/9/05

Gary W. Cruickshank, Esq.