UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMCO PRODUCE, INC., <br>        Plaintiff, <br><br> v. <br><br> LARRY V. LEE d/b/a ASSOCIATED <br> FRUIT TRADERS, <br>        Defendant. | ) <br> ) <br> ) <br> ) Case No. 05 cv 10151 NMG <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL
### AS TO ALL DEFENDANTS

The Plaintiff, AMCO Produce, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, provides notice that the above-entitled cause of action is hereby dismissed without prejudice as against Defendant, Larry V. Lee d/b/a Associated Fruit Traders. Pursuant to Rule 41(a), the dismissal without prejudice of this action shall take effect upon the filing of this Notice of Dismissal, without further notice and without order of Court.

Respectfully submitted,

AMCO PRODUCE, INC.

By: _____
One of Its Attorneys

Paula Bonnell (BBO # 049180)
PAULA BONNELL PROFESSIONAL CORPORATION ("PBPC")
50 Congress Street, Suite 840
Boston, Massachusetts 02109
Tel: 617/367-5990

Of Counsel:
Mary E. Gardner (Illinois Bar # 6190951)
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500